*Pro Se 1 2016*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Hassan Osman
_____

_____

_____ ,

Plaintiff(s),

v.

Local ATU-587
_____

_____

_____ ,

Defendant(s).

CASE NO. _2:20-CV-696  RSL_
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☑ Yes  ☐ No

## I.    THE PARTIES TO THIS COMPLAINT

A.    Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Hassan Osman |
| Street Address | PO Box 77354 |
| City and County | Seattle, King |
| State and Zip Code | WA, 98177 |
| Telephone Number | (206) 489-7783 |

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

1  B.    Defendant(s)

2      *Provide the information below for each defendant named in the complaint, whether the*
*defendant is an individual, a government agency, an organization, or a corporation. For an*
3  *individual defendant, include the person's job or title (if known). Attach additional pages if*
*needed.*

4

5      Defendant No. 1

           Name                    Local ATU-587
6          Job or Title *(if known)*    _____
7          Street Address           2815 2nd Ave # 230
           City and County          Seattle, King
8          State and Zip Code       WA 98121
9          Telephone Number         (206) 448-8588

10

       Defendant No. 2
11
           Name                     _____
12         Job or Title *(if known)*    _____
13         Street Address           _____
           City and County          _____
14         State and Zip Code       _____
15         Telephone Number         _____

16

       Defendant No. 3
17
           Name                     _____
18         Job or Title *(if known)*    _____
19         Street Address           _____
           City and County          _____
20         State and Zip Code       _____
21         Telephone Number         _____

22

23

24

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Defendant No. 4

    Name                           _____

    Job or Title *(if known)*     _____

    Street Address             _____

    City and County          _____

    State and Zip Code       _____

    Telephone Number       _____

## II.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be  heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  (*check all that apply*)

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17

(race, color, gender, religion, national origin).

_____

COMPLAINT FOR A CIVIL CASE - 3

*Pro Se 1 2016*

B.     If the Basis for Jurisdiction Is Diversity of Citizenship

      1.      The Plaintiff(s)

         a.   If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the

State of (*name*) _____.

         b.   If the plaintiff is a corporation.

The plaintiff, (*name*) **Local ATU-587**_____, is incorporated under

the laws of the State of (*name*) **Washington**_____, is incorporated under

the laws of the State of (*name*) **Washington**_____, and has its principal

place of business in the State of (*name*) **Washington**_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

      2.      The Defendant(s)

         a.   If the defendant is an individual.

The defendant, (*name*) **Hassan Osman**_____, is a citizen of the

State of (*name*) **United State Of America**_____. Or is a citizen of

(*foreign nation*) _____.

         b.   If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under

the laws of the State of (*name*) _____, and has its principal

place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____,

and has its principal place of business in (*name*)_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

COMPLAINT FOR A CIVIL CASE - 4

*Pro Se 1 2016*

   3. The Amount in Controversy.

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

_____

_____

_____

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

10/05/2018-Technical trainers unfairly tried to dismiss me from Light Rail Operator (LRO) class; on that day, I sought help from the

Rail Union Representative (Rep), but the Rep refused to help me.10/08/2018, Metro's HR removed Christopher Howerter, White Male,

from LRO class. Union Rep brought him back.10/31/2018 Rail Division released me from the training unfairly; Rep refused to help me

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

$5,000,000 for the pain and suffering, emotional distress: and to be

placed next LRO class according to my 2018 class seniority, and to

be made whole in all other ways.

## V. CERTIFICATION AND CLOSING

  Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1  purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2  (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3  reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4  identified, will likely have evidentiary support after a reasonable opportunity for further

5  investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6  Rule 11.

7    I agree to provide the Clerk's Office with any changes to my address where case-related

8  papers may be served. I understand that my failure to keep a current address on file with the

9  Clerk's Office may result in the dismissal of my case.

10  Date of signing:            05/05/2019

11  Signature of Plaintiff

12  Printed Name of Plaintiff    HASSAN OSMAN

13

14  Date of signing:

15  Signature of Plaintiff

16  Printed Name of Plaintiff

17

18  Date of signing:

19  Signature of Plaintiff

20  Printed Name of Plaintiff

21

22

23

24

COMPLAINT FOR A CIVIL CASE - 6