UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN OSMAN,<br><br>            Plaintiff,<br><br>       vs.<br><br>LOCAL ATU-587,<br><br>            Defendant. | NO.  C20-696RSL<br><br>ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT |

This matter comes before the Court *sua sponte*. The complaint in this matter was filed on May 13, 2020. To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given Plaintiff notice of this deficiency, hereby DISMISSES the above-captioned complaint without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

DATED this 11th day of January, 2021.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT